Law Offices of John Fitzpatrick Vannucci
100 Montgomery Street, Suite 1600
San Francisco, CA  94104
Tel:  (415) 981-7500
Fax:  (415) 981-5700

JOHN FITZPATRICK VANNUCCI (State Bar #174329)
Attorney for Plaintiff  ROWMEEKA COLLIER

IN THE UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROWMEEKA COLLIER | CASE NO: 3:15-cv-00822-WHA |
| Plaintiff, | REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE BY STIPULATION AND (PROPOSED) ORDER |
| v. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA and DOES 1 to 25, inclusive<br>Defendants. | |

Plaintiff Rowmeeka Collier and Defendant Nationwide Insurance Company of America respectfully request that the initial Case Management Conference currently set for May 28, 2015 be continued two weeks to coincide with the hearing date for Plaintiff's Motion to Dismiss— scheduled to be heard June 11, 2015.  As such, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS the Court has set the Initial Case Management Conference Upon Reassignment to May 28, 2015 at 11:00 A.M in Courtroom 8, on the 19th Floor, before the Honorable William Alsup;

WHEREAS, Plaintiff Rowmeeka Collier's motion to dismiss is set to be heard on  June 11,

2015 at 8:00 A.M in Courtroom 8, on the 19th Floor, before the Honorable William Alsup;

WHEREAS, a 14-day continuance of the Initial Case Management Conference Upon Reassignment will conserve time and resources;

WHEREAS, a 14-day continuance of the initial case management conference upon reassignment will not affect any other dates set by the Court and will result in no prejudice to either party;

IT IS HEREBY STIPULATED AND AGREED that the Initial Case Management Conference currently set for May 28, 2015 should be continued to June 11, 2015.

IT IS SO AGREED AND STIPULATED.

DATED: May 13, 2015         LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

/s/

By: _____
John Fitzpatrick Vannucci
Attorney for Plaintiff Rowmeeka Collier

DATED: May 13, 2015         DENTONS US, LLP,

/s/

By: _____
Sonia Martin, Esq.
Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

The Initial Case Management Conference currently set for May 28, 2015 is continued to June 11, 2015 at ~~11:00 A.M~~. 8:00 A.M.

IT IS SO ORDERED.

DATED:  May 14, 2015

_____
~~HON~~. HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

FEDERAL COURT PROOF OF SERVICE
ROWMEEKA COLLIER, v. NATIONWIDE INSURANCE COMPANY OF AMERICA
United States District Court – Northern District of California
Case: 3:15-cv-00822-WHA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Montgomery Street, Suite 1600, San Francisco, California 94104.

On May 13, 2015, I served the foregoing documents described as:

**REQUEST TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE BY STIPULATION
AND (PROPOSED) ORDER**

I served the documents on the following persons at the following Email addresses:

Sonia Martin, Esq.
Dentons US, LLP
525 Market Street, 26th Floor
San Francisco, CA 94105


E-Mail:
sonia.martin@dentons.com


**XX**  (**BY COURT'S CM/ECF SYSTEM**)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.


I declare under penalty of perjury under the laws of the State California that the above is true and correct.

Executed on May 13, 2015, at San Francisco, California


/s/
----------------------------------
Rex Hammers Karu