| | |
|---|---|
| 1 | SONIA MARTIN (State Bar No. 191148) |
| | MENGMENG ZHANG (State Bar No. 280411) |
| 2 | DENTONS US LLP |
| | 525 Market Street, 26th Floor |
| 3 | San Francisco, CA 94105-2708 |
| | Telephone:  (415) 882-5000 |
| 4 | Facsimile:   (415) 882-0300 |
| | E-mail:      sonia.martin@dentons.com |
| 5 |              mengmeng.zhang@dentons.com |

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROWMEEKA COLLIER, | No. 3:15-cv-00822-WHA |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE FOR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |
| vs. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA and DOES 1 to 25, inclusive, | |
| Defendants. | |

Defendant Nationwide Insurance Company of America and Plaintiff Rowmeeka Collier respectfully request that the Motion to Dismiss and Case Management Conference currently set for June 15, 2015, be continued to June 25, 2015 at 8:00 a.m., due to defense counsel's unavailability. As such, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS a Case Management Conference and the hearing on plaintiff's Motion to Dismiss were scheduled to occur on June 11, 2015;

WHEREAS, by Clerk's Notice dated June 3, 2015, the Court continued the Case Management Conference and motion hearing to June 15, 2015;

Case No. 3:15-cv-00822-WHA        -1-        STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE

1  WHEREAS, Nationwide's counsel will be out of town on June 15, 2015 and unable to
2  appear for the Case Management Conference and hearing on that date;
3  WHEREAS, a ten-day continuance of the Case Management Conference and motion
4  hearing will not affect any other dates set by the Court and will result in no prejudice to either
5  party;
6  IT IS HEREBY STIPULATED AND AGREED that the Motion to Dismiss and Case
7  Management Conference currently set for June 15, 2015 at 2:00 p.m. should be continued to
8  June 25, 2015 at 8:00 a.m.
9  IT IS SO AGREED AND STIPULATED.

DATED: June___, 2015        LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

By: _____
JOHN FITZPATRICK VANNUCCI
Attorney for Plaintiff ROWMEEKA COLLIER

DATED: June 5, 2015         DENTONS US LLP

By _____
SONIA MARTIN
Attorneys for Defendant NATIONWIDE
INSURANCE COMPANY OF AMERICA

Case No. 3:15-cv-00822-WHA           -2-   STIPULATION AND ~~PROPOSED~~ ORDER TO
                                           CONTINUE HEARING DATE

PAGE 1/1 * RCVD AT 6/5/2015 3:12:15 PM [Central Daylight Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:4159815700 * DURATION (mm-ss):00-33

1  WHEREAS, Nationwide's counsel will be out of town on June 15, 2015 and unable to appear for the Case Management Conference and hearing on that date;

WHEREAS, a ten-day continuance of the Case Management Conference and motion hearing will not affect any other dates set by the Court and will result in no prejudice to either party;

IT IS HEREBY STIPULATED AND AGREED that the Motion to Dismiss and Case Management Conference currently set for June 15, 2015 at 2:00 p.m. should be continued to June 25, 2015 at 8:00 a.m.

IT IS SO AGREED AND STIPULATED.

DATED: June 5, 2015          LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

By: _____
JOHN FITZPATRICK VANNUCCI
Attorney for Plaintiff ROWMEEKA COLLIER

DATED: June ___, 2015        DENTONS US LLP

By _____
SONIA MARTIN
Attorneys for Defendant NATIONWIDE
INSURANCE COMPANY OF AMERICA

Case No. 3:15-cv-00822-WHA        -2-        STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

06/05/2015  13:11  4159815700  JOHN VANNUCCI  PAGE 01

1   **ORDER**

2   Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY

3   ORDERED as follows:

4   The Motion to Dismiss and Case Management Conference currently set for June 15, 2015

5   at 2:00 p.m. is continued to ~~June 25, 2015~~ July 8, 2015, at 8:00 a.m.

6   IT IS SO ORDERED.

7

8   DATED: June 8 , 2015



HONOR~~ABLE WILLIAM ALSUP~~
UNITED ~~STATES DISTRICT JUDGE~~

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000