**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROWMEEKA COLLIER,

     Plaintiff,

    v.

NATIONWIDE INSURANCE COMPANY
OF AMERICA, et al.,

     Defendants.

                                /

No. C 15-00822 WHA

**NOTICE REGARDING
SUPPLEMENTAL BRIEFING**

In this breach of contract action, plaintiff filed a motion to dismiss without prejudice pursuant to Rule 41(a)(2).  Defendants filed their opposition, and plaintiff responded (Dkt. Nos. 15, 24).  The parties seem to assume that adding in Golden Gate Tow, Inc., a California company, at this stage would destroy diversity and the Court's jurisdiction.  While it would destroy diversity, the Court questions whether it would destroy jurisdiction, given that jurisdiction is currently proper.

By **FRIDAY, JUNE 12, 2015, AT NOON**, the parties shall please respond with on-point authority as to whether a case properly removed on the basis of diversity must be dismissed upon subsequent lack of diversity.  Responses shall not exceed **TWO PAGES**.

**IT IS SO ORDERED.**

Dated:  June 8, 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE