IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROWMEEKA COLLIER,

    Plaintiff,

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA, et al.,

    Defendants.

No. C 15-00822 WHA

**ORDER RE AMENDED COMPLAINT**

Per the discussion at the July 8 hearing, the parties have submitted a stipulation agreeing that the case will not be remanded to state court upon the joinder of Golden Gate Tow, Inc. as a defendant. Defendant Nationwide Insurance has further agreed that it will not move to dismiss plaintiff's amended complaint under Rule 12. Plaintiff shall file his amended complaint by **NOON ON JULY 20, 2015**. The case management order containing the schedule will be filed separately.

**IT IS SO ORDERED.**

Dated: July 15, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE