IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWMEEKA COLLIER,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, et al.<br><br>    Defendant.<br>_____/ | No. C 15-00822 WHA<br><br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** |

    The parties in this case have filed a stipulation to dismiss the remainder of this action in its entirety, with prejudice. The parties' stipulation is **GRANTED**. The **CLERK** shall please close the file.

    **IT IS SO ORDERED.**

Dated: October 19, 2015.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE